UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIGUEL ANGEL BARRAGAN,

           Plaintiff,

    v.

C. HERRERA, et al.,

           Defendants.

Case No. 25-cv-02941-WHO (PR)

**ORDER OF TRANSFER**

The events giving rise to the claims raised in this 42 U.S.C. § 1983 action occurred in Fresno County, which lies in the Eastern District.  Accordingly, this federal civil rights action is TRANSFERRED to the Eastern District of California, where venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and because the named defendant resides there.  *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).

The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** April 16, 2025



WILLIAM H. ORRICK
United States District Judge